**FILED**
CLERK, U.S. DISTRICT COURT
10/24/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI DEPUTY

39137-511

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR24-570-WLH-17 |
| v. | |
| Julie Ann Romero | |
| Reg No. 39201-511 | |
| DEFENDANT. | **ABSTRACT OF COURT PROCEEDING** |

**TO: UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable Alka Sagar,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for eye examination
A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before _____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: October 2, 2024

CLERK U.S. DISTRICT COURT
By: Alma Felix (213) 894-1587
Deputy Clerk

**RETURN TO CLERK'S OFFICE**
☒ Western Division-Los Angeles   ☐ Southern Division-Santa Ana   ☐ Eastern Division-Riverside

This abstract was received on 10/3/24
☒ The aforementioned order(s) were or will be complied with on: 10/11/24
☐ The aforementioned order(s) were not complied with for the following reasons: _____

D. J. Silva — Name (Print)
Associate Warden — Title
[Signature]

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)          ABSTRACT OF COURT PROCEEDING