1   Robert H. Rexrode
    California Bar No. 230024
2   Law Offices of Robert H. Rexrode
    3911 Cleveland Ave. No. 34040
3   San Diego, Ca. 92163
    (619) 630-4435
4   robert_rexrode@rexrodelawoffices.com

5

6                        UNITED STATES DISTRICT COURT

7                        CENTRAL DISTRICT OF CALIFORNIA

8

9
    UNITED STATES OF AMERICA,          Case No.:  24cr570-17-WLH
10
             Plaintiff,
11                                     *Unopposed* EX PARTE
    vs.                                APPLICATION FOR PRE-PLEA
12                                     CRIMINAL HISTORY REPORT
    JULIE ANN ROMERO (17),
13
             Defendant.

14      Counsel for Defendant, Julie Ann Romero, requests that the Court order a

15  pre-plea criminal history report to facilitate plea negotiations.    The government

16  has no opposition to this request

17

18  November 4, 2024               /s *Robert H. Rexrode*
                                   Attorney for Defendant
19

20