| | |
|---|---|
| JOSEPH T. MCNALLY<br>Acting United States Attorney<br>DAVID T. RYAN<br>Assistant United States Attorney<br>Chief, National Security Division<br>REEMA M. EL-AMAMY (Cal. Bar No. 237743)<br>Assistant United States Attorney | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v. | |
| CLAIRE PATRICIA HAVILAND, et al.,<br>ZACHARY S. WINTERS (9) | **APPLICATION FOR WRIT OF HABEAS CORPUS**<br><br>☑ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: ZACHARY S. WINTERS
    Alias: _____
BOP/Booking No: BY8968
    Detained by:   ☑ Warden  Pleasant Valley State Prison
                    ☐ Other _____
    Detained at: Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, CA 93210
            *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on   March 13, 2025   at   1:30 p.m.   before the Honorable

Pedro V. Castillo, Duty Magistrate Judge   Judge/Magistrate Judge.

Location:   ☐ U.S. District Court _____
                                *(Court Address)*
            ☑ Other  255 East Temple Street Los Angeles, CA 90012-3332, Courtroom 640
                            *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated:  2/16/25  /s/ Reema M. El-Amamy
                                *Signature of attorney*

***An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER)*** **MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.**

G-09 (10/06)   **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM**