**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v.<br>CLAIRE PATRICIA HAVILAND, et al.,<br>ZACHARY S. WINTERS (9) | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br>☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on ___March 13, 2025___ at ___1:30 p.m.___ before Judge/Magistrate Judge ___Castillo, Duty Magistrate Judge___
   *(Date of Appearance)*           (Time)


Dated: _____

                                                                 **U.S. District Judge/U.S. Magistrate Judge**