JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA EL-ALMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552
     Facsimile: (213) 894-0140
     E-mail:     Reema.El-Almamy@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: WRIT OF HABEAS CORPUS AD PROSEQUENDUM | No. 2:24-cr-00570 |
|---|---|
| | GOVERNMENT'S NOTICE OF WITHDRAWAL OF DOCUMENTS NO. 956 AND 957 |
| | **(UNDER SEAL)** |

PLEASE TAKE NOTICE THAT applicant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM,

//

//

//

//

//

WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS, filed on February 16, 2025 at documents number 956 and 957 under case number 2:24-cr-00570.

Dated: February 18, 2025

Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA EL-ALMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA